UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No.  5:08-cr-14-Oc-10GRJ

HENRI ARTILES-MARTIN
_____/

**O R D E R**

On May 17, 2008, the United States Magistrate Judge issued a Report, (Doc. 61),

recommending that the Defendant's Motion to Suppress Illegally Obtained Evidence, (Doc.

26), be denied.  The Defendant has filed objections and amended objections, (Docs. 66,

69-2, 69-3), and the Government has filed a response in opposition.  (Doc. 76).

Upon an independent, *de novo* examination of the file and upon due consideration,

it is adjudged that:

1.      The Defendant's Objections and Amended Objections, (Docs. 66, 69-2, 69-3),

are OVERRULED.  The Defendant's objections are merely a restatement of the same

issues addressed by the Magistrate Judge in his detailed and well-reasoned report.  The

Defendant has not raised any new or persuasive evidence or argument that would place

the credibility of Trooper Lemery into question. The Defendant's reliance on portions of the

Florida Highway Patrol Policy Manual is of no effect as the portions relied upon apply to the

pursuit of fleeing suspects, not traffic stops.  The Defendant's argument that Trooper

Lemery did not follow procedure because he did not properly record the traffic stop and

investigation is also without any merit as it is without dispute that the entire stop, investigation, and arrest of the Defendant were recorded by Trooper Lemery's in-vehicle video camera. The Court also finds no fault with the Magistrate Judge's decision to rely on the testimony of Trooper Lemery over the limited testimony of the Defendant. The Defendant's testimony did not directly contradict Trooper Lemery's version of the facts, and the undisputed evidence demonstrates that the Defendant gave numerous inconsistent and false statements to Trooper Lemery while admitting that he falsified his commercial vehicle log book. Moreover, the Defendant's objections do not persuade the Court that the scope of Trooper Lemery's questions during the traffic stop were overly broad, or that the Defendant's Fifth Amendment rights were violated in any way.

2.    The Magistrate Judge's Report and Recommendation, (Doc. 61), is ADOPTED, CONFIRMED, AND MADE A PART HEREOF.

3.    The Defendant's Motion to Suppress Illegally Obtained Evidence, (Doc. 26), is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 24th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE


Copies to:    Counsel of Record
              Maurya McSheehy, Courtroom Deputy
              Henri Artiles-Martin